PROB 12B  
(7/93)

Report Date: February 10, 2011

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FEB 1 0 2011

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: John C. Knudson            Case Number: 2:11CR00021-001

Name of Sentencing Judicial Officer: The Honorable Edward J. Lodge, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: 9/30/2008          Type of Supervision: Supervised Release

Original Offense: Conspiracy to Defraud Healthcare, 18 U.S.C. § 371          Date Supervision Commenced: 6/29/2009

Original Sentence: Prison - 366 Days; TSR - 36 Months          Date Supervision Expires: 6/28/2012

---

### PETITIONING THE COURT

To modify the conditions of supervision as follows:

19   You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

### CAUSE

The purpose of this petition is to apprise the Court of the status of the aforementioned case, in light of the Ninth Circuit Court of Appeals' finding in United States v. Stevens (9th cir. 2005), and to request that the conditions of supervision be modified to authorize a maximum of six random drug tests per month.

The offender signed the "Waiver of Hearing to Modify Conditions of Supervised Release," on January 25, 2011. He understands the rationale behind this modification. Mr. Knudson continues to submit to random drug testing. The offender's supervision was accepted and transferred from the District of Idaho on January 26, 2011. To date, all tests have been negative.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   02/10/2011

s/Brenda Kuest

Brenda J. Kuest
U.S. Probation Officer

Prob 12B
**Re: Knudson, John C.
February 10, 2011
Page 2**

## THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

_____
Signature of Judicial Officer

_Feb 10, 2011_
Date

RECEIVED
U.S. DISTRICT COURT

FEB 1 0 2011

WM. FREMMING NIELSEN
DISTRICT JUDGE