PROB 12B
(7/93)

Report Date: May 30, 2012

# United States District Court

## for the

## Eastern District of Washington

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 31 2012

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

Name of Offender: John C. Knudson     Case Number: 2:11CR00021-001

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Sr. U.S. District Judge

Date of Original Sentence: 09/30/2008     Type of Supervision: Supervised Release

Original Offense: Conspiracy to Defraud Healthcare, 18 U.S.C. § 371     Date Supervision Commenced: 06/29/2009

Original Sentence: Prison - 366 days; TSR - 36 months     Date Supervision Expires: 06/28/2012

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

20   You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.

21   You shall not enter into or remain in any establishment where alcohol is the primary item of sale.

## CAUSE

On May 21, 2012, the undersigned officer directed the offender to report to the probation office. Mr Knudson admitted to this officer that on May 20, 2012, he had contacted his wife and codefendant, Candace Elmer. The offender and his wife are in the midst of divorce proceedings. Mr. Knudson and Ms. Elmer are "restrained from harassing or disturbing the peace of the other party" pursuant to a Temporary Order filed in Spokane County Superior Court on February 2, 2012. John Knudson informed this officer that on May 20, 2012, he had driven by Ms. Elmer's home. He advised that this action was taken in order for him to obtain pictures of property they owned jointly for his divorce hearing scheduled on June 7, 2012. The offender was again reminded by this officer that he is to have no contact with Ms. Elmer at this officer's directive. To date, no formal charges have been filed in this matter. This officer could smell the strong odor of intoxicants on the offender. The offender subsequently signed an "Eastern District of Washington U.S. Probation and Pretrial Services Admission of Drug Use" form. John Knudson acknowledged that he drank a 12 pack of Budweiser Beer on May 21, 2012. He submitted to a breathalyzer test, with a reading of .034.

On May 21, 2012, this officer contacted the offender's employer at Home Boys in Spokane, Washington. John Knudson is a truck driver for Home Boys. Due to third party risk issues, the employer was informed of the offender's

Prob 12B
Re: Knudson, John C.
May 30, 2012
Page 2

alcohol consumption. The employer agreed that the offender would not report to work on May 21, 2012. Additionally, the employer was informed the offender would be submitting to a chemical dependency assessment on May 29, 2012, at Pioneer Human Services (PHS) in Spokane. The results of the chemical dependency assessment are pending with PHS.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: May 30, 2012

s/Brenda J. Kuest
05/30/2012

Brenda J. Kuest
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

Signature of Judicial Officer

5/31/12
Date